UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN JAIRO DIOSA-ORTIZ, )<br><br>Petitioner, )<br><br>v. )<br><br>JOHN ASHCROFT, Attorney )<br>General, TOM RIDGE, Secretary )<br>DEPARTMENT OF HOMELAND )<br>SECURITY, MICHAEL J. GARCIA, )<br>Acting Secretary, BRUCE )<br>CHADBOURNE, Interim Field )<br>Office Director, Boston )<br>District, BUREAU OF )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, )<br><br>Respondents. )<br>) | C.A. No. 03-12510-PBS |

**RESPONDENTS' MOTION TO DISMISS**

Respondents moves to dismiss this action pursuant to Fed. R.

Civ. P. rules 12(b)(1), and (6) for failure to state a claim upon

which relief may be granted.

Respondent also files and relies on herewith RESPONDENTS'

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL P. SADY
Assistant U.S. Attorney

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728, J.F.K. Station
Boston, MA 02114
(617) 565-2415

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he has complied with this Rule by conferring with counsel about the contents and relief sought by this motion.

_____
MICHAEL P. SADY
Assistant United States Attorney

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on Jan 22, 2004

_____
Assistant U.S. Attorney