UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN JAIRO DIOSA-ORTIZ,<br>Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General;<br>TOM RIDGE, Secretary, DEPARTMENT<br>OF HOMELAND SECURITY; and MICHAEL J.<br>GARCIA, Acting Secretary, BRUCE<br>CHADBOURNE, Interim Field Office Director,<br>Boston District, BUREAU OF IMMIGRATION<br>AND CUSTOMS ENFORCEMENT;<br><br>Respondents | NO. 03-12510-PBS<br><br>PETITION FOR WRIT OF<br>HABEAS CORPUS,<br>COMPLAINT FOR<br>DECLARATORY AND<br>INJUNCTIVE RELIEF, and<br>MOTION FOR EMERGENCY<br>STAY OF DEPORTATION |

## ASSENTED –TO
## MOTION TO CONTINUE HEARING

Now comes the Petitioner, through counsel, and hereby moves this Honorable Court to continue the hearing in the above-referenced matter, currently scheduled for Thursday, February 5, 2004, at 4:00 p.m. For reason, counsel for the Petitioner informs the Court that he recently ruptured a cervical disk and is currently unable to perform his normal work activities, due to the injury and the need to take narcotic pain medication.

Counsel has conferred with Respondent's counsel, AUSA Michael P. Sady, who has no objection to this request. The parties jointly request that the matter be rescheduled to a date after March 1, 2004.

Respectfully Submitted,
John Jairo Diaosa-Ortiz
By His Attorney,

_____
Randy Olen, Esq.
55 Bradford Street, Suite 203
Providence, Rhode Island 02903
(401) 274-1400
(401) 274-2480 (fax)

## CERTIFICATION

I hereby certify that on the 27th day of January, 2004, I sent a true copy of the within *Motion* to Michael P. Sady, Assistant U.S. Attorney, John Joseph Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02203, Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02214.

_____