UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN JAIRO DIOSA-ORTIZ,<br>    Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General;<br>TOM RIDGE, Secretary, DEPARTMENT<br>OF HOMELAND SECURITY; and MICHAEL J.<br>GARCIA, Acting Secretary, BRUCE<br>CHADBOURNE, Interim Field Office Director,<br>Boston District, BUREAU OF IMMIGRATION<br>AND CUSTOMS ENFORCEMENT;<br><br>    Respondents | NO. 03-12510-PBS<br><br>PETITION FOR WRIT OF<br>HABEAS CORPUS,<br>COMPLAINT FOR<br>DECLARATORY AND<br>INJUNCTIVE RELIEF, and<br>MOTION FOR EMERGENCY<br>STAY OF DEPORTATION |

### MOTION FOR ENLARGEMENT OF TIME

Now comes the Petitioner, through counsel, and hereby moves this Honorable Court for leave to enlarge time for Petitioner to submit his memorandum through Monday, March 22, 2004. Counsel apologizes for the delay, but informs the Court that he had been subject to an enormous backlog in workload due to missing almost the entire month of January due to a ruptured cervical disk, and underestimated the amount of time needed to complete the memorandum, which is nearly completed and will be filed this Monday, with the

Court's permission.

                                            Respectfully Submitted,
                                            John Jairo Diosa-Ortiz
                                            By His Attorney,

                                            Randy Olen, Esq.
                                            55 Bradford Street, Suite 203
                                            Providence, RI 02903
                                            (401) 274-1400
                                            (401) 274-2480 (fax)

## CERTIFICATION

    I hereby certify that on the 18th day of March, 2004, I hand-delivered a true copy of the within *Motion* to Michael P. Sady, Assistant U.S. Attorney, John Joseph Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02203, and Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, District Counsel, J.F.K .Federal Building, Room 425, Boston, MA 02203.