UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN JAIRO DIOSA-ORTIZ,<br>Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General;<br>TOM RIDGE, Secretary, DEPARTMENT<br>OF HOMELAND SECURITY; and MICHAEL J.<br>GARCIA, Acting Secretary, BRUCE<br>CHADBOURNE, Interim Field Office Director,<br>Boston District, BUREAU OF IMMIGRATION<br>AND CUSTOMS ENFORCEMENT;<br><br>Respondents | NO. 03-12510-PBS<br><br>PETITION FOR WRIT OF<br>HABEAS CORPUS,<br>COMPLAINT FOR<br>DECLARATORY AND<br>INJUNCTIVE RELIEF, and<br>MOTION FOR EMERGENCY<br>STAY OF DEPORTATION |

## MOTION TO SUBMIT PETITIONER'S
## RESPONSE *INSTANTER*

Now comes the Petitioner, through counsel, and hereby moves this Honorable Court for leave to submit Petitioner's Response to Respondent's motion to dismiss *instanter*. Counsel informs the Court that he has been dealing with a massive backlog in workload as a result of missing work due to a ruptured cervical disk injury, and required the additional time to complete his response.

Respectfully Submitted,
John Jairo Diosa-Ortiz
By His Attorney,

Randy Olen, Esq.
55 Bradford Street, Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

## CERTIFICATION

I hereby certify that on the 29th day of March, 2004, I hand-delivered a true copy of the within *Motion* to Michael P. Sady, Assistant U.S. Attorney, John Joseph Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02203, and Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, District Counsel, J.F.K. Federal Building, Room 425, Boston, MA 02203.