UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN JAIRO DIOSA-ORTIZ,<br>　　　　Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General;<br>TOM RIDGE, Secretary, DEPARTMENT<br>OF HOMELAND SECURITY; and MICHAEL J.<br>GARCIA, Acting Secretary, BRUCE<br>CHADBOURNE, Interim Field Office Director,<br>Boston District, BUREAU OF IMMIGRATION<br>AND CUSTOMS ENFORCEMENT;<br><br>　　　　Respondents | NO. 03-12510-PBS<br><br>PETITION FOR WRIT OF<br>HABEAS CORPUS,<br>COMPLAINT FOR<br>DECLARATORY AND<br>INJUNCTIVE RELIEF, and<br>MOTION FOR EMERGENCY<br>STAY OF DEPORTATION |

## NOTICE OF APPEAL

Now comes the Petitioner, through counsel, and hereby gives notice of appeal to the United States Court of Appeals for the First Circuit, of the denial of his Petition for Writ of Habeas Corpus. The order of the district court was entered on July 21, 2004.

Respectfully Submitted,
John Jairo Diaosa-Ortiz
By His Attorney's,

_____
Randy Olen, Esq.
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)


_____
George A. Pliakas
58 Weybosset St.
Suite 600
Providence, RI 02903
(401) 274-3904
(401) 273-4749 (fax)

## CERTIFICATION

I hereby certify that on the 11th day of August, 2004, I sent a true copy of the within *Motion* to Michael P. Sady, Assistant U.S. Attorney, John Joseph Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02203, Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02214.

_____